UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MONROE COUNTY BOARD OF COMMISIONERS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No. 4:20-cv-00106-TWP-DML ) |
| UNITED STATES FOREST SERVICE, *et al*. | ) ) ) ) |
| Defendants. | ) |

**JOINT CASE MANAGEMENT SCHEDULE**

The Plaintiffs have filed this case under the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. §§ 4321-4370h, the National Forest Management Act ("NFMA"), 16 U.S.C. §§ 472a, 521b, 1600-1614, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, so the Court will review this case based on the administrative record. *Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402, 420 (1971).

On July 17, 2020, the Federal Defendants filed their Answer to Plaintiff's Complaint and lodged the Administrative Record. Under S.D. Ind. Local Rule 16-1, the Parties are exempt from the scheduling and planning requirements of Fed. R. Civ.P. 16(b). The Parties have conferred and jointly proposed a schedule for resolving the merits of this case.

As Plaintiffs' Complaint noted was likely, ECF No. 1 ¶ 116, Plaintiffs intend to file a Supplemental Complaint to include claims under the Endangered Species Act ("ESA"). Plaintiffs intend to file a motion under Federal Rule of Civil Procedure 15, requesting the Court's leave to file this Supplemental Complaint. Defendants do not oppose that motion.

Having considered the Parties' proposal, the Court hereby adopts that proposal and ORDERS that the litigation schedule shall be as follows:

1. By August 21, 2020, Plaintiffs shall file a motion under Rule 15 seeking leave to file a Supplemental Complaint to include claims under the ESA, and shall include the proposed Supplemental Complaint as an attachment to that motion.

2. By September 11, 2020, Defendants shall file an Answer to Plaintiffs' Supplemental Complaint.

3. By October 2, 2020, Defendants shall lodge a Supplemental Administrative Record that addresses Plaintiffs' Supplemental Complaint.

4. By November 2, 2020, Plaintiffs shall inform Defendants of any issues with the original Administrative Record and the Supplemental Administrative Record, and the Parties shall attempt to resolve any disputes regarding the Administrative Record or Supplemental Administrative Record informally.

5. By November 16, 2020, if the Parties are unable to resolve any disputes regarding the original Administrative Record and Supplemental Administrative Record informally, Plaintiffs will file any Motion to Supplement the Administrative Record. In the event Plaintiffs file any such motion, all subsequent deadlines shall be tolled until the Court resolves that motion.

6. If no motion is filed regarding the Administrative Record, Plaintiffs' Motion for Summary Judgment and supporting Brief shall be filed by November 16, 2020.

7. Defendants' Cross Motion for Summary Judgment, Supporting Brief, and Response to Plaintiffs' Motion shall be filed by December 16, 2020.

8. Plaintiffs' Response to Defendants' Motion and Reply to Defendants' Response shall be filed by January 26, 2021.

9. Defendants' Reply to Plaintiffs' Response shall be filed by February 9, 2021.

10. In light of the complexity of this case, the parties' briefs shall adhere to the following requirements:

- Plaintiffs' opening summary judgment brief: 45 pages
- Defendants combined cross-motion and response: 45 pages
- Plaintiffs' combined response and reply: 45 pages
- Defendants' reply: 30 pages

It is so ORDERED.

Dated: 8/18/2020

_____
Debra McVicker Lynch
Magistrate Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.