UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MONROE COUNTY BOARD OF COMMISSIONERS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:20-cv-00106-TWP-DML |
| UNITED STATES FOREST SERVICE, *et al*. | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the Federal Defendants respectfully request that the Court grant summary judgment in their favor and against the Plaintiffs as to all of the claims in Plaintiffs' Amended Complaint for the foregoing reasons:

1. In this case, Plaintiffs challenge the United States Forest Service's decision to conduct forest management activities on a small portion of the Hoosier National Forest. The Defendants are entitled to summary judgment as to all of Plaintiffs' claims. Under the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. §§ 4321-4370h, the Forest Service properly considered and disclosed the project's environmental consequences and did not act arbitrarily or capriciously in its decision-making process. The Administrative Procedure Act (APA), 5 U.S.C. §§ 701-706, therefore entitles the Defendants to summary judgment.

2. Because NEPA does not specifically provide for judicial review, review is under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706. *See Indiana Forest Alliance,*

1

*Inc. v. United States Forest Serv.*, 325 F.3d 851, 858 (7th Cir. 2003). The APA allows courts to set aside agency actions only if they are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." 5 U.S.C. § 706(2)(A). This standard of review "is a narrow one," and courts should defer to the considered judgment of an agency. *Marsh v. Or. Natural Res. Council*, 490 U.S. 360, 378 (1989). The Court must determine "whether the decision was based on a consideration of the relevant factors and whether there has been a clear error of judgment." *Id*. (quotations omitted). Moreover, the burden falls entirely on the plaintiff to overcome the presumption and demonstrate that the agency's decision was arbitrary and capricious. *See Highway J Citizens Group v. Mineta*, 349 F.3d 938, 957 (7th Cir. 2003).

3. Here, the Plaintiffs cannot meet their burden of showing that the Defendants violated NEPA in issuing their Environmental Assessment. On the contrary, the administrative record shows that the agency's decision was not arbitrary and capricious, that it considered a reasonable range of alternatives, and that it took a hard look at the potential environmental impacts of the proposed action.

4. Plaintiffs have also alleged claims under the Endangered Species Act (ESA), but those claims are also subject to dismissal. The Defendants properly consulted regarding the project's potential impacts on endangered species, including the Indiana bat, and relied upon best available science in reaching their conclusions. The project will not result in a take exceeding that contemplated or permitted by the ESA. For these reasons, the Court must grant summary judgment on the ESA claims.

5. In support of this Motion, the Defendants designate and rely upon their supporting Brief as well as the Administrative Records of the Forest Service and Fish & Wildlife Service

related to the Project and the Supplemental Records lodged by the Forest Service.

Based on the foregoing, the Defendants are entitled to judgment as a matter of law as to all of Plaintiffs' claims against them.

                                        Respectfully submitted,

                                        JOHN C. CHILDRESS
                                        Acting United States Attorney

By:   *s/ Shelese Woods*
        Shelese Woods
        Rachana Fischer
        Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, a copy of the foregoing was filed electronically through the Court's CM-ECF system, which will be automatically served electronically on the following counsel of record:

William N. Lawton
William S. Eubanks
Eubanks & Associates, LLC

Marjorie K. Rice
Monroe County Attorney

s/ Shelese Woods
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone 317-226-6333